# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Danielle Taylor, | Civ. No. 20-0817 (NEB/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Osterbauer, LLC; and Osterbauer Law Firm, LTD, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that:

1. The application to proceed *in forma pauperis* of Plaintiff Danielle Taylor (Doc. No. 2) is **GRANTED**.

2. Taylor must submit a properly completed Marshal Service Form (Form USM-285) for each Defendant. If Taylor does not complete and return the Marshal Service Forms within **30 days** of this Order's date, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Taylor by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from the Defendants, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a Defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that

Defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a Defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

Dated: March 30, 2020                              *s/ Becky R. Thorson*
                                                              BECKY R. THORSON
                                                              United States Magistrate Judge